1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7332
7       Fax: (415) 436-7027
        Molly.Priedeman@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  NO. CR 19-607 EMC
                                     )
14         Plaintiff,                )
                                     )  [PROPOSED] ORDER EXCLUDING TIME
15    v.                             )  UNDER THE SPEEDY TRIAL ACT FROM
                                     )  JANUARY 8, 2020 THROUGH FEBRUARY 5,
16  RAFI ARYAN,                      )  2020
                                     )
17         Defendant.                )
                                     )
18 _____)

19       On January 8, 2020, the Court held a status conference in this matter. The defendant was present

20 and represented by Assistant Federal Public Defender Candis Mitchell. Assistant United States Attorney

21 Alexandra Shepherd appeared for the government.

22       The parties requested that the Court set a status conference for February 5, 2020 for a change of

23 plea or a hearing to set a trial date.

24       The parties also agreed that time should be excluded under the Speedy Trial Act from January 8,

25 2020 to February 5, 2020 to ensure the effective preparation of defense counsel.

26       Based on the assertions and agreement of the parties on January 8, 2020, as described herein, and

27
   [PROPOSED] ORDER EXCLUDING TIME
28 CR 19-607 EMC

                                              v. 7/10/2018

for good cause shown, the Court finds that failing to exclude time from January 8, 2020 through February 5, 2020, would deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 8, 2020 through February 5, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that this matter be set before this Court on February 5, 2020 for a change of plea/trial setting hearing. It is further ordered that the time from January 8, 2020 through February 5, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 13, 2020

HON. EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 19-607 EMC

v. 7/10/2018