1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7332
7       Fax: (415) 436-7027
        Molly.Priedeman@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 19-00607 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM FEBRUARY 5, 2020 THROUGH MARCH 18, 2020 |
| RAFI ARYAN, | ) |
| Defendant. | ) |

On January 31, 2020, the parties appeared before the Court in this matter. The defendant was present and represented by Assistant Federal Public Defender Candis Mitchell. Assistant United States Attorney Molly K. Priedeman appeared for the government.

The parties requested that the Court continue the February 5, 2020 status conference in the above-captioned matter to March 18, 2020.

The parties also agreed that time should be excluded under the Speedy Trial Act from February 5, 2020 to March 18, 2020 to ensure the effective preparation of defense counsel.

Based on the assertions and agreement of the parties on January 31, 2020, as described herein,

and for good cause shown, the Court finds that failing to exclude time from February 5, 2020 through March 18, 2020, would deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 5, 2020 through March 18, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that this matter be set before this Court on March 18, 2020 for a change of plea/trial setting hearing. It is further ordered that the time from February 5, 2020 through March 18, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: February 3, 2020

HON. EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
19-1607 EMC

v. 7/10/2018